**SAO**
DICKINSON WRIGHT PLLC
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Luis E. Montanez, Esq.
Nevada Bar No. 16281
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: CAlexander@dickinson-wright.com
Email: LMontanez@dickinson-wright.com
*Attorneys for Circa Hospitality Group III, LLC*
*Dba Circa Resort & Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOCELYN SILVANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIRCA HOSPITALITY GROUP III LLC, a Nevada limited liability company, dba CIRCA RESORT & CASINO;<br><br>Defendant. | Case No.: 2-24-cv-01712-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES**<br><br>**(THIRD REQUEST)** |

Plaintiff Jocelyn Silvano ("Plaintiff"), by and through her counsel, the law firm of, Greenberg Gross LLP, and Defendant Circa Hospitality Group III LLC ("Defendant") by and through its counsel of record, the law firm of Dickinson Wright, PLLC., hereby stipulate and agree to extend the unexpired discovery deadlines for ninety (90) days.

/ / /

/ / /

/ / /

1

I.  **STATEMENT OF DISCOVERY COMPLETED:**

1. The Parties have exchanged initial disclosure of documents and witnesses pursuant to FRCP 26(a)(1)

2. Plaintiff has served three supplements to its FRCP 26 disclosure.

3. Defendant has served six supplements to its FRCP 26 disclosure.

4. Plaintiff served Defendant written discovery on January 29, 2025, and responses and objections were received on March 21, 2025.
   a. Defendant's Supplemental responses to Plaintiff's Request for Production of Documents were received on July 11, 2025.
   b. Defendant's Second Supplemental responses to Plaintiff's Request for Production of Documents were received on August 27, 2025.

6. The parties stipulated to a HIPAA Qualified Protective Order, which was accepted and entered by the Court on March 31, 2024 [ECF No. 29].

7. Defendant issued subpoenas to third parties and some, but not all, of the requested documents were received.

8. Defendant served Plaintiff's Request for Production of Documents on May 9, 2025 and Defendant received Plaintiff's Reponses to Request for Production of Documents on June 9, 2025.

9. Plaintiff's took the deposition of Ben Seligman on August 28, 2025.

10. Plaintiff's filed their Initial Designation of Expert Witnesses pursuant to FRCP 26(a)(2) on September 23, 2025 [ECF No. 35].

11. Defendant took the deposition of Plaintiff Jocelyn Silvano on October 7, 2025.

II.  **DESCRIPTION OF REMAINING DISCOVERY TO BE COMPLETED:**

1. Plaintiff intends to depose additional witnesses.

2. Plaintiff may conduct additional written discovery.

3. Defendant may conduct additional written discovery.

4. Defendant intends to depose additional fact and expert witnesses.

5. Defendant has yet to receive all third party responses to subpoenas.

6. Defendant may need to subpoena additional third-parties.

///

///

2

## III. REASONS WHY DISCOVERY NOT COMPLETED WITHIN PRIOR TIME LIMITS:

On August 29, 2025, Plaintiff's counsel contacted Defendant to schedule the deposition of former employee of Defendant, Miranda Khounphithack, for the week of September 8, 2025. On September 3, 2025, Defendant spoke with Ms. Khounphithack and learned that she had given birth the previous day and had just been released from the hospital. Ms. Khounphithack is currently on parental leave and has been experiencing health issues since giving birth. She will thus be unavailable until February 2026. On September 5, 2025, Defendant informed Plaintiff of Ms. Khounphithack's unavailability for the deposition. To accommodate Ms. Khounphithack's parental leave and recent health concerns, a ninety (90) day extension of the discovery deadline is requested.

Additionally, in the prior Stipulation and Order to Extend Discovery Deadlines (Second Request) [ECF No. 32], the Dispositive Motion deadline was mistakenly listed as October 24, 2025. The correct deadline should have been December 24, 2025, which is 30 days after the discovery cut-off date of November 24, 2025. In turn, the Pre-Trial Disclosure date was mistakenly listed as November 24, 2024, when it should have been 30 days after the Dispositive Motion deadline of December 24, 2025. The present stipulation corrects those errors.

## IV. GOOD CAUSE TO SUPPORT THE REQUEST TO EXTEND THE DEADLINES AS SET FORTH HEREIN:

When a stipulation requires the modification of the scheduling order, the parties must first satisfy the "good cause" standard established by Rule 16(b). See *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992); see also Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent"). The good cause inquiry is focused on the movant's reasons for seeking to modify the scheduling order and primarily considers the movant's diligence. *In re W. States Wholesale Nat. Gas Antitrust Litig*., 715 F.3d 716, 737 (9th Cir. 2013). The key determination is whether the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609. The Court considers whether relief from the scheduling order is sought based on the

3

1  development of matters that could not have been reasonably anticipated at the time the schedule
2  was established. *Jackson v. Laureate, Inc.,* 186 F.R.D. 605, 608 (E.D. Cal. 1999). Courts may
3  also consider other pertinent circumstances, including whether the movant was diligent in seeking
4  modification of the scheduling order once it became apparent that the movant required relief from
5  the deadline at issue. *Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012). "The
6  diligence obligation is ongoing" such that parties must "diligently attempt to adhere to [the
7  deadlines in the scheduling order] throughout the subsequent course of the litigation." *Id.*

Good cause exists to extend the Discovery Cut-Off, Dispositive Motions, and Pretrial Order Deadlines. As explained in Section III *supra*, Ms. Khounphithack has recently given birth, is on parental leave, and has been experiencing health issues following the birth of her child. Considering the foregoing, the parties are unable to complete discovery before the original discovery deadline.

## V.   PROPOSED DISCOVERY AND DISPOSITIVE MOTION SCHEDULE:

It is hereby stipulated that the close of discovery be extended for a period of ninety (90) days from the November 24, 2025 date for the purpose of completing the remaining necessary discovery set forth above. If approved, the discovery dates and deadlines and the Discovery Scheduling Order would be modified as follows:

| Task | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Rebuttal Expert Report | October 24, 2025 | January 22, 2026 |
| Complete Discovery | November 24, 2025 | February 23, 2026 |
| File Dispositive Motions | October 24, 2025 | March 24, 2026 |
| Pre Trial Order | November 24, 2025 | April 23, 2026 |

The Parties submit that these circumstances satisfy the required good cause in extending the deadlines referenced above.

///

4

The Parties hereby stipulate to the aforementioned.

DATED this 22nd day of October, 2025.

**DICKINSON WRIGHT PLLC**

/s/ *Cynthia Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Luis Montanez, Esq.
Nevada Bar No. 16281
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone: (702) 550-4400
*Attorneys for Defendant*
*Circa Hospitality Group III, LLC*
*Dba Circa Resort & Casino*

DATED this 22nd day of October, 2025.

**GREENBERG GROSS LLP**

/s/ *David C. Kiebler*
Jemma E. Dunn, Esq.
Nevada Bar No. 16229
Matthew T. Hale, Esq.
Nevada Bar No. 16210
David C. Kiebler, Esq.
Nevada Bar No. 16724
1980 Festival Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Attorneys for *Plaintiff Jocelyn Silvano*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/24/25

5

**Michelle Choto**



**From:** David C. Kiebler <dkiebler@ggTrialLaw.com>
**Sent:** Wednesday, October 22, 2025 2:31 PM
**To:** Nilou Soltani <NSoltani@dickinson-wright.com>; Luis E. Montanez <LMontanez@dickinson-wright.com>; Cynthia L. Alexander <CAlexander@dickinson-wright.com>
**Cc:** Joshua W. Daor <JDaor@GGTrialLaw.com>; Matthew T. Hale <MHale@GGTrialLaw.com>
**Subject:** RE: Silvano/Circa - Proposed Stip and Order to Extend Discovery



This is good to file. You may sign for me. Thanks, david

**David C. Kiebler**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0850 | Main 702.777.0888
dkiebler@GGTrialLaw.com

1